DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARCIA PINTO,**
Appellant,

v.

**ROBIN KARAS** and **KARA KARAS,**
Appellees.

No. 4D16-2802

[December 21, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Thomas M. Lynch, IV, Judge; L.T. Case No. 13-8244 CACE 05.

Robert Morris and Crystal Eiffert of Eiffert & Associates, P.A., Orlando, for appellant.

Warren Kwavnick and Kelly A Lenahan of Cooney Trybus Kwavnick Peets, Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

TAYLOR, FORST and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***